**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HALEY BERRYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 1:24-cv-00750-PAE<br><br>**NOTICE OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, STRIKE CLASS ALLEGATIONS** |

**PLEASE TAKE NOTICE** that upon (i) the Class Action Complaint dated February 1, 2024 in the above-captioned action; and (ii) the annexed Memorandum of Law, Defendant Reading International Inc. will move this Court before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, Room 1305, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing the Class Action Complaint in this action, with prejudice, pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure or, in the alternative, strike class allegations pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, NY
April 5, 2024

**GREENBERG TRAURIG, LLP**

By: *<u>/s/ Sarah E. Atlas</u>*
Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: atlass@gtlaw.com

Mark E. Ferrario, Esq.
Nevada Bar. No. 1625
(*Pro Hac Vice Forth Coming*)
Tyler Andrews, Esq.
(*Pro Hac Vice Forth Coming*)
Nevada Bar No. 9499
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
tyler.andrews@gtlaw.com

*Attorneys for Reading International, Inc.*