BURSOR & FISHER
P.A.

1330 Avenue of the Americas,
32nd Floor
NEW YORK, NY 10019
www.bursor.com

Philip L. Fraietta
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

October 15, 2024

***Via ECF***

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

*Re: Berryman v. Reading International, Inc.*, Case No. 24-cv-00750-PAE (S.D.N.Y.)

Dear Judge Engelmayer,

I write to notify the Court of the Second Circuit's recent opinion in *Salazar v. Nat'l Basketball Ass'n*, --- F.4th ----, No. 23-1147, 2024 WL 4487971 (2d Cir. Oct. 15, 2024), a copy of which is attached hereto as Exhibit A. The *Salazar* opinion interprets the statutory terms "consumer" and "subscriber" in the Video Privacy Protection Act. The opinion is thus relevant to Defendant's pending motion to dismiss and/or strike, which, among other things, argues that Plaintiff's proposed classes in this case do not qualify as "consumers" or "subscribers" within the meaning of the Video Privacy Protection Act. *See* ECF No. 10 at 15-20.

Very truly yours,

Philip L. Fraietta

CC: All counsel of record (via ECF)