# GT GreenbergTraurig

Sarah E. Atlas
Tel (212) 801-9200
Fax (212) 801-6400
atlass@gtlaw.com

October 25, 2024

**VIA ELECTRONIC CASE FILING**
Honorable Paul A. Engelmayer
United States District Court
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Berryman v. Reading International, Inc.*, Case No. 24-cv-00750-PAE

Dear Judge Engelmayer:

Defendant Reading International, Inc. ("Reading") respectfully requests the Court extend the time for Reading to submit its supplemental letter submission regarding *Salazar* from November 1, 2024 to **November 15, 2024**. Reading's counsel has had, and currently has, separate conflicting briefing deadlines and depositions scheduled next week in unrelated matters. This is the first extension request on this matter.

Reading has conferred with Plaintiff's counsel who consents to the extension request, and requested that its response deadline be set for **December 6, 2024** to accommodate the Thanksgiving holiday.

Reading requires no extension for the reply deadline, and in keeping with the Court's October 18 order, requests that it be set seven days after the response, on **December 13, 2024**.

Allowing the extension will not affect any other scheduled dates.

Respectfully submitted,

*/s/ Sarah E. Atlas*
Sarah E. Atlas

cc:   All counsel of record (via ECF)

GRANTED.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: October 28, 2024