# BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

December 17, 2024

***Via ECF***

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Berryman v. Reading International, Inc.*, Case No. 24-cv-00750-PAE (S.D.N.Y.)

Judge Engelmayer,

I write on behalf of Plaintiff Haley Berryman ("Plaintiff") to advise the Court of Justice Lizette Colon's December 9, 2024 Decision and Order in *Cammayo v. 1and8, Inc. d/b/a Museum of Ice Cream*, Index No. 150173/2024, NYSCEF No. 59 (Sup. Ct. Richmond Cnty. Dec. 9, 2024) denying Defendant's Motion to Dismiss in a substantially similar action under New York Arts & Cultural Affairs Law § 25.07(4). A true and correct copy of Justice Colon's Decision and Order is attached to this letter as Exhibit A.

Plaintiff respectfully requests that the Court consider Justice Colon's Decision and Order in rendering its decision on the pending Motion to Dismiss.

Very truly yours,

Philip L. Fraietta

CC: All counsel of record (via ECF)