1330 Avenue of the Americas
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

January 23, 2025

***Via ECF***

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Berryman v. Reading International, Inc.,* Case No. 1:24-cv-00750-PAE (S.D.N.Y.)

Judge Engelmayer,

I write on behalf of Plaintiff Haley Berryman ("Plaintiff") to advise the Court of District Judge Natasha C. Merle's January 17, 2025 Order in *Vasell et al. v. SeatGeek, Inc,* 2025 WL 240912, (E.D.N.Y. Jan. 17, 2025). On pages 12-15 of the Order, the court discusses its reasoning for denying a defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss for lack of standing and the voluntary payment doctrine in a substantially similar action under New York Arts & Cultural Affairs Law § 25.07(4). A true and correct copy of Judge Natasha C. Merle's Order is attached to this letter as Exhibit A.

Plaintiff respectfully requests that the Court consider Judge Merle's Order in rendering its decision on the pending Motion to Dismiss.

Very truly yours,

Philip L. Fraietta

CC: All counsel of record (via ECF)