

# BURSOR & FISHER
P.A.

1330 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10019
www.bursor.com

PHILIP L. FRAIETTA
Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

February 24, 2025

***Via ECF*__**
The Honorable Paul A. Engelmayer
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Berryman v. Reading International, Inc.*, Case No. 24-cv-750 (S.D.N.Y.)

Dear Judge Engelmayer:

    I represent Plaintiff in the above action. Together with counsel for Defendant Reading International Inc. ("Defendant" or "Reading"), the parties jointly submit this letter pursuant to the Court's January 28, 2025 Notice of Initial Pretrial Conference (Dkt. 40). As set forth herein, the parties request a temporary stay of proceedings pending mediation.

    The Parties have agreed to participate in a private mediation before The Honorable Diane M. Welsh (Ret.), formerly of the Eastern District of Pennsylvania, on June 3, 2025, the first mutually-available date. The Parties therefore respectfully submit that judicial economy and the interests of the Parties would be best served by staying of this matter pending the outcome of the mediation. The Parties can submit a joint status report by June 10, 2025.

    Accordingly, the Parties respectfully request that the Court: (i) stay this matter; and (ii) order the Parties to submit a joint status report on the status of their resolution efforts, including whether an Initial Pre-Trial conference should be held, by June 10, 2025.

Very truly yours,

Philip L. Fraietta

CC: All counsel of record (via ECF)

GRANTED. The matter is hereby stayed pending mediation.
The parties are directed to submit a joint status report by June 10,
2025, and for every 30 days thereafter. The initial conference
scheduled for February 27, 2025 is hereby adjourned.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: February 24, 2025