

Mark E. Ferrario, Esq.
Tel 702.938.6870
ferrariom@gtlaw.com

August 12, 2025

Via ECF
Honorable Paul A. Engelmayer
United States District Court
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:  *Berryman v. Reading International, Inc.*, Case No. 24-cv-00750-PAE

Dear Judge Engelmayer:

We write on behalf of Defendant Reading International, Inc. ("Reading") in the above captioned matter to request a brief adjournment of the Initial Pretrial Conference currently scheduled for Thursday, August 14, 2025 at 11 a.m. Reading requests that the Initial Pretrial Conference be adjourned and rescheduled to Tuesday, September 2, 2025 or as soon thereafter that the Court is available. This is Reading's first request for an adjournment of the Initial Pretrial Conference, and Plaintiff's counsel consents to Reading's request for an adjournment.

Mark E. Ferrario

cc: All counsel of record (via ECF)

GRANTED. The initial conference is hereby rescheduled to Thursday, September 4, 2025, at 2 p.m. The dial-in information remains the same.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: August 12, 2025

Greenberg Traurig, LLP | Attorneys at Law
One Vanderbilt Avenue | New York, New York 10017 | T +1 212.801.9200 | F +1 212.801.6400

Albany. Amsterdam. Atlanta. Austin. Berlin. Boston. Chicago. Dallas. Delaware. Denver. Fort Lauderdale. Houston. Las Vegas. London. Los Angeles. Mexico City. Miami. Milan. Minneapolis. New Jersey. New York. Northern Virginia. Orange County. Orlando. Philadelphia. Phoenix. Sacramento. Salt Lake City. San Francisco. Seoul. Shanghai. Silicon Valley. Tallahassee. Tampa. Tel Aviv. Tokyo. Warsaw. Washington, D.C. West Palm Beach. Westchester County.

www.gtlaw.com