**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HALEY BERRYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 1:24-cv-00750-PAE<br><br>**NOTICE OF MOTION TO DISMISS COUNTS I AND II OF FIRST AMENDED CLASS ACTION COMPLAINT** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of its Motion to Dismiss Counts I and II of the First Amended Class Action Complaint, and the First Amended Class Action Complaint, dated October 6, 2025, in the above-captioned action, Defendant Reading International, Inc. respectfully moves this Court, before the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, at 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing Counts I and II of the First Amended Class Action Complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure or, in the alternative, for an Order dismissing Count II of the First Amended Class Action Complaint, with prejudice, pursuant to Rule 12(b)(6) and judgment on the pleadings as to Count I of the First Amended Class Action Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: Las Vegas, NV
October 20, 2025

**GREENBERG TRAURIG, LLP**

By: *<u>/s/ Mark E. Ferrario</u>*

Mark E. Ferrario, Esq.

Nevada Bar. No. 1625
Tyler Andrews, Esq.
Nevada Bar No. 9499
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: ferrariom@gtlaw.com
tyler.andrews@gtlaw.com

Sarah E. Atlas
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: atlass@gtlaw.com

*Attorneys for Reading International, Inc.*

The Court is in receipt of defendant's motion to dismiss. Plaintiff's opposition is due November 3, 2025. Any reply is due November 10, 2025.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 21, 2025
New York, New York