# BURSOR & FISHER
### P.A.

50 MAIN STREET
SUITE 475
WHITE PLAINS, NY 10606
www.bursor.com

PHILIP L. FRAIETTA
Tel: 914.874.0710
Fax: 914.206.3656
pfraietta@bursor.com

January 5, 2026

***Via ECF***

The Honorable Paul A. Engelmayer
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Berryman v. Reading International, Inc.,* Case No. 1:24-cv-00750-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

I represent Plaintiff in the above-captioned matter and I write in accordance with Rule 1.A of the Court's Individual Rules and Practices in Civil Cases. Although the Court's Individual Rules and Practices do not invite discovery reply letters, Plaintiff respectfully submits good cause exists for a reply letter so that Plaintiff can briefly clarify the factual record as set forth below.

Defendant Reading International Inc.'s Response to Interrogatory No. 22 includes a screenshot showing advanced matching was not activated for Pixel ID number ending in 0148. *See* ECF No. 70-1, at 15 (screenshot reproduced below, redacting all the numbers ending before 0148).



However, this is an incomplete and misleading interrogatory response. Prior to commencing this litigation, Plaintiff downloaded an Off-Facebook Activity Report from Facebook.com, where Meta informed Plaintiff that it received event data from angelikafilmcenter.com from *at least three other Pixel ID numbers*. *See* Exhibit 1, at 1, submitted herewith. This includes PAGE_VIEW event data from the Pixel ID number 207268761486794. *See id*. at 1 (screenshot reproduced below).

| ID | 207268761486794 |
|---|---|
| Event | PAGE_VIEW |
| Received on | July 13, 2023 at 8:44 AM |

And Figure 10 of Plaintiff's First Amended Complaint includes a screenshot from her counsel's independent investigation showing Advanced Matching was—in fact—activated for Pixel ID number 207268761486794, and has included selected matchkeys for "em," "fn," and "ln" parameters (Figure 10 reproduced below).



Meta's own website confirms these are associated with customers' *first and last names and email addresses*. *See* https://developers.facebook.com/docs/marketing-api/conversions-api/parameters (screenshot reproduced below).

And Plaintiff's First Amended Complaint also includes screenshots showing that the Pixel ID number 207268761486794 collects the URL, which contains movie titles on movie trailer pages. *See* FAC, Fig. 4 (reproduced below).



In short, the Court should compel Reading to produce *all* documents related to its use of Meta's various tracking technologies on its website, not just the Pixel ID numbers Reading selectively disclosed in discovery responses. This expressly includes documents related to the four Pixel ID numbers identified in Plaintiff's Facebook Off-Facebook Activity report and *any other* Pixel ID numbers which existed on Defendant's website during the Class Period.

BURSOR&FISHER
P.A.

Very truly yours,

Philip L. Fraietta

CC:    All counsel of record (via ECF)

The Court has received this reply letter (the "reply letter"), which relates to a discovery dispute between the parties.  Prior to this letter, the Court also received a motion to compel by plaintiff Haley Berryman, Dkt. 67, and an opposition letter by defendant Reading International Inc. ("Reading"), Dkt. 70.

Berryman's motion to compel relates to Reading's failure to produce documents pertaining to its alleged disclosure of website subscribers' first and last names and email addresses to Meta Platforms Inc. ("Meta").  Berryman's reply letter concerns a separate but related issue: Reading's response to Interrogatory No. 22, which she argues is misleading as to Reading's use of advanced matching technology.  This issue was not addressed in Berryman's motion to compel, and the reply letter does not state that the parties have met and conferred about it, as required by the Court's Individual Rules.

Accordingly, the parties are directed to meet and confer, by **January 15, 2026**, regarding Reading's response to Interrogatory No. 22.  In the event that the parties are unable to reach a resolution, Reading's opposition to Berryman's reply letter is due **January 20, 2026**.  The parties are reminded that all discovery deadlines remain in place, and therefore that they should proceed apace with all aspects of fact discovery that are unaffected by this dispute.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: January 9, 2026
New York, New York