

Mark E. Ferrario
Tel (702) 792-3773
Fax (702) 792-9002
ferrariom@gtlaw.com

Tyler Andrews
Tel (702) 792-3773
Fax (702) 792-9002
tyler.andrews@gtlaw.com

Sarah E. Atlas
Tel (212) 801-9200
Fax (212) 801-6400
atlass@gtlaw.com

January 20, 2026

**VIA ELECTRONIC CASE FILING**
Honorable Paul A. Engelmayer
United States District Court
Thurgood Marshall United States Courthouse
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   ***Berryman v. Reading International, Inc.*, Case No. 24-cv-00750-PAE**
**Joint Statement Re Plaintiff's Motion to Compel**

Dear Judge Engelmayer:

      Counsel for Defendant Reading International, Inc. ("Reading") and Plaintiff Haley Berryman ("Plaintiff") met and conferred on January 14, 2026, pursuant to Your Honor's January 9, 2026 minute entry (ECF No. 74). Prior to that meeting, Reading was able to determine its past use of the Facebook (now Meta) Pixel ID identified by Plaintiff in her complaint, that Plaintiff alleges utilized Advanced Matching (*see* ECF No. 73). Reading has not yet identified any record establishing that Advanced Matching was turned "on" for said Pixel ID use, but is continuing its investigation and review.

      Reading has provided Plaintiff a preliminary list of 3 custodians and 16 Pixel ID numbers used historically by Reading and its affiliates.

      Reading has also agreed to the production of additional responsive records during the parties' meeting. Plaintiff proposed a set of search terms for Reading to run on January 15, 2026, and after an additional meet and confer, a second set of search terms on January 20, 2026. Reading agreed to produce hit counts for Plaintiff's proposed January 20, 2026 search terms by January 30, 2026.

      And Reading agreed to supplement its interrogatory responses as well by February 2, 2026.

GT GreenbergTraurig

    Given the parties' agreement on these issues, the parties agree that the present motion to compel has been mooted.[1] That said, the parties also now agree that there is good cause under Rule 16 to amend the schedule order and extend all case deadlines by a modest three months, and as such, will file a joint letter motion with this Court to amend the scheduling order in this case before Thursday, January 22, 2026.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Mark E. Ferrario*
Mark E. Ferrario
Tyler Andrews
Sarah E. Atlas

*Counsel for Defendant*
*Reading International, Inc.*

BURSOR & FISHER P.A.

*/s/ Philip L. Fraietta (w/ permission)*
Philip L. Fraietta

*Counsel for Plaintiff Haley Berryman*

cc:    All counsel of record (via ECF)

---

[1] The parties are separately discussing Plaintiff's inspection demand, which they will address if unable to reach separate resolution of that request.