UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HALEY BERRYMAN, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

READING INTERNATIONAL, INC.,

Defendant.

24 Civ. 750 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

Today, the Court granted defendant's motion to dismiss plaintiff Haley Berryman's claims under the Video Privacy Protection Act, 18 U.S.C. § 2710 ("VPPA") and New York Video Consumer Privacy Act, N.Y. General Business Law § 671 ("NY VCPA").

Accordingly, the Court directs the parties, by **March 19, 2026**, to file a joint letter on the docket regarding next steps in this case as to the First Amended Complaint's surviving claim, under § 25.07(4) of the New York Arts and Cultural Affairs Law ("NYACAL"). The letter should address, *inter alia*, (1) whether 28 U.S.C. § 1332(d) continues to supply a basis for this Court's subject matter jurisdiction, (2) how the dismissal of the VPPA and NY VCPA claims affects the scope of discovery, and (3) whether, in light of the Court's pruning of the claims in this action, there is reason to expedite the deadlines in the case management plan, Dkt. 80.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: March 12, 2026
New York, New York