UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALEY BERRYMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 1:24-cv-00750-PAE |

**NOTICE OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, (2) the Declaration of Philip L. Fraietta, and the exhibits attached thereto, and (3) the Declaration of Plaintiff Haley Berryman ("Plaintiff"), Plaintiff will move this Court, before the Honorable Paul A. Engelmayer, United States District Court Judge, Southern District of New York, at 40 Foley Square, New York, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23: (i) granting her motion to certify the Class; (ii) appointing Plaintiff as representative of the Class; (iii) appointing Philip L. Fraietta, Alec M. Leslie, and Stefan Bogdanovich of Bursor & Fisher, P.A. as Class Counsel, and (iv) granting such other, further, or different relief as the Court deems just and proper.

Dated: June 15, 2026
White Plains, New York

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta
50 Main Street, Suite 475

White Plains NY 10606
Telephone: 914-874-0708
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

Alec M. Leslie
1330 Avenue of the Americas, 32nd Floor
New York, NY 100019
Telephone: (646) 837-7126
Facsimile: (212) 989-9163
E-Mail: aleslie@bursor.com

Stefan Bogdanovich
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
Email: sbogdanovich@bursor.com

*Proposed Class Counsel*