**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

HALEY BERRYMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

READING INTERNATIONAL, INC.,

Defendant.

Case No. 1:24-cv-00750-PAE

**DECLARATION OF HALEY BERRYMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, Haley Berryman, declare under penalty of perjury as follows:

1. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2. I am the representative plaintiff in this action. I submit this declaration in support of my request that the Court certify this case as a class action, appoint me as a class representative, and appoint my counsel, Philip L. Fraietta, Alec M. Leslie, and Stefan Bogdanovich of Bursor & Fisher, P.A., as class counsel.

3. I was deposed in this action on June 5, 2026. A true and correct copy of my deposition transcript is attached to the contemporaneously filed Declaration of Philip L. Fraietta as Exhibit 7 (hereinafter "Berryman Dep.").

4. As I testified at my deposition, I have purchased movie tickets through websites operated by Defendant Reading International, Inc., including www.angelikafilmcenter.com, on multiple occasions, and I have been a customer of Defendant's theaters since at least October 5,

2022, when I created an account in order to purchase a movie ticket. *See* Berryman Dep. at 37:21-38:11. Defendant's records produced in this action, bearing Bates numbers RII001777 through RII001778, reflect that I made the following purchases through Defendant's theaters:

| **Transaction Date** | **Theater** | **Tickets** | **Total Paid** | **Service Fee** |
|---|---|---|---|---|
| January 5, 2023 | Village East 7 | 1 | $20.00 | $1.89 |
| April 27, 2023 | Village East 7 | 1 | $17.00 | $1.99 |
| July 12, 2023 | Village East 7 | 1 | $21.00 | $1.99 |
| July 13, 2023 | Village East 7 | 2 | $42.00 | $3.98 |
| September 18, 2023 | Cinemas 1, 2, 3 | 4 | $88.00 | $7.96 |
| December 2, 2023 | AFC-New York | 1 | $19.00 | $1.99 |
| January 24, 2024 | Village East 7 | 3 | $54.00 | $6.57 |
| **Total** | | **13** | **$261.00** | **$24.37** |

5. As reflected in those records, a service fee was charged in connection with each of these purchases. In total, I was charged $24.37 in service fees across the thirteen movie tickets I purchased in these seven transactions, including on my December 2, 2023 purchase.

6. In each of these transactions the service charge was not included in the price of the ticket displayed at the time I selected the ticket for purchase.

7. As I testified at my deposition, prior to reaching the screens on which the service charge was displayed, I clicked through several screens that displayed the cost of the movie ticket excluding the service charge. *See id.* at 59:14-60:3; 66:21-25. As I testified at my deposition, prior to purchasing any of these tickets, I do not recall ever seeing or being aware that an additional service fee was charged beyond the initially disclosed ticket price prior to purchasing my tickets. *See id.* at 31:16-32:6.

8. As I testified at my deposition, I have a basic understanding of the difference between an individual action and a class action, and I understand that my role in this litigation is to protect the interests of the other members of the putative class. *See id.* at 91:23-92:11.

9. As I testified at my deposition, I have dedicated a significant amount of time to this action. I reviewed the Complaint and the relevant materials provided by my counsel. *See id.* at 10:6-10. I communicate with my attorneys about this case. I have searched for and produced documents in response to discovery, including records reflecting my ticket purchases. I spent time meeting with my attorneys to prepare for my deposition, *see id.* at 10:19-25, and I appeared for and testified at my deposition, *see generally id.*

10. As a class representative, I will continue to work to the best of my abilities to prosecute this action on behalf of class members. I expect to assist further in the case as needed, including testifying at trial. *See id.* at 46:21-47:4. On behalf of the class I represent, I am seeking the damages owed under the statute. *See id.* at 94:20-21.

11. I have no interest in this litigation that would conflict with the interests of class members. I have no past or present financial, employment, familial or other relationship with any of the attorneys representing me that would cause me to put my economic interests above those of the class members I seek to represent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Jun 13, 20.

Haley Berryman (Jun 13, 2026 22:53:42 GMT+2)

Haley Berryman