UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALEY BERRYMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>-v-<br><br>READING INTERNATIONAL, INC.,<br><br>Defendant. | 24 Civ. 750 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On May 1, 2026, the Court issued a revised case management plan, which set a briefing schedule for plaintiff Haley Berryman's motion for class certification and scheduled oral argument on that motion for October 13, 2026. Dkt. 90 ("CMP"). On June 15, 2026, consistent with that schedule, Berryman filed a motion for class certification. Dkt. 92.

On July 14, 2026, defendant Reading International, Inc. ("Reading") filed a pre-motion letter, seeking leave to file a motion for summary judgment. Dkt. 98. Reading stated that a motion for summary judgment would "negate the need" for the oral argument in connection with the class certification motion. *Id.* On July 21, 2026, Berryman opposed Reading's letter insofar as it sought summary judgment briefing to precede class certification briefing. Dkt. 100.

For the reasons stated in Berryman's letter, the Court has determined that class certification briefing should precede summary judgment briefing. *See, e.g.*, *DDMB, Inc. v. Visa, Inc.*, 2021 WL 6221326, at *10 (E.D.N.Y. Sept. 27, 2021) (collecting cases adopting "traditional" approach that class certification precede summary judgment briefing (citation omitted)). This sequencing promotes judicial efficiency by ensuring that any summary judgment decision will bind putative class members. *See Brecher v. Republic of Argentina*, 806 F.3d 22,

26 (2d Cir. 2015) ("specter of one-way intervention . . . motivated the 1966 amendments to Rule 23"). Reading has not offered a compelling justification for proceeding in the reverse order.

Accordingly, the Court orders as follows:

- All deadlines related to class certification briefing, including the oral argument in connection with that motion, remain as stated in the revised case management plan. *See* CMP at 3.
- The Court adjourns the pre-motion conference. Having received Reading's pre-motion letter and Berryman's response, the Court will take up a schedule related to any summary judgment motion at the October argument.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York