**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

HALEY BERRYMAN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

READING INTERNATIONAL, INC.,

Defendant.

Case No.: 1:24-cv-00750-PAE

**DECLARATION OF MARK E. FERRARIO IN SUPPORT OF DEFENDANT READING INTERNATIONAL, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

MARK E. FERRARIO, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury that the following is true and correct:

1. I am an attorney with the law firm of Greenberg Traurig, LLP, attorneys for defendant Reading International, Inc. ("Defendant") in the above-captioned action.

2. I am fully familiar with the facts and circumstances in this action.

3. I submit this Declaration in support of Defendant's opposition to Plaintiff's Motion for Class Certification (ECF Nos. 92-97).

4. Attached as **Exhibit A** is a true and correct copy of Exhibit 2 to the June 5, 2026 deposition of Haley Berryman in this action.

5. Attached as **Exhibit B** is a true and correct copy of Exhibit 3 to the June 5, 2026 deposition of Haley Berryman in this action.

6. I declare under penalty of perjury that the forgoing is true.

Dated: Las Vegas, Nevada
August 12, 2026

*/s/ Mark E. Ferrario*
Mark E. Ferrario

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2026, a copy of the foregoing was filed electronically through the Court's CM/ECF which will, in turn, send a notice of electronic filing to all counsel of record.

*/s/ Mark E. Ferrario*
Mark E. Ferrario