UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HALEY BERRYMAN, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>-v-<br><br>READING INTERNATIONAL INC.,<br><br>Defendant. | 24 Civ. 750 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the in-person conference and oral argument previously scheduled for November 4, 2026 is hereby adjourned to **Monday, November 9, 2026, at 2:30 p.m.**

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: October 26, 2026
New York, New York