UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HALEY BERRYMAN, *individually and on behalf of all others similarly situated*,

Plaintiff,

-v-

READING INTERNATIONAL, INC.,

Defendant.

24 Civ. 750 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has become aware of a recent decision that bears on the pending motion for class certification: *Cammayo v. 1and8, Inc.*, No. 150173/24, 2026 WL 3012111, at *1, 3 (N.Y. App. Div. Oct. 7, 2026). The parties should be prepared to address that decision at the Monday, November 9, 2026 hearing.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: November 2, 2026
New York, New York